UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| John Doe | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 2:22-cv-00077 |
| | ) | |
| David B. Rausch, Director of the | ) | |
| Tennessee Bureau of Investigation; | ) | |
| | ) | |

## MOTION TO REOPEN CASE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, John Doe, through and by counsel, gave notice on or about August 9, 2022, that he was voluntarily dismissing the case without prejudice. This was the first voluntary dismissal of the case filed by the Plaintiff. The Plaintiff now seeks for this matter to be reopened as it is ripe for adjudication and there are no impediments.

Respectfully submitted,
By Plaintiff's Counsel:

B. Andrew Glenn (BPR #023644)
108 E. Main St., Ste. 211
Kingsport, TN 37660
barryandrewglenn@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that April 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

B. Andrew Glenn